IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JOHN B. KIMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:12cv00110 |
| v. | ) | |
| | ) | |
| DEAN WITHERS, et al., | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendants. | ) | |
| | ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this day, the magistrate judge's September 11, 2013 report and recommendation (Dkt. # 27) is **ADOPTED** to the extent it recommends dismissal of plaintiff's claims, plaintiff's claims are **DISMISSED,** and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered:  November 21, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge